## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| International Brotherhood of Teamsters, Graphic, Communications Conference, Upper Midwest Local 1-M, | Civil No. 10-636 (RHK/JSM) |
| Plaintiff, | **ORDER** |
| v. | |
| Star Tribune Media Company, LLC d/b/a Star Tribune Newspaper of the Twin Cities, | |
| Defendant. | |

Based upon the parties' Stipulation of Dismissal with Prejudice (Doc. No. 6), **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE**, and without costs and disbursements to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: June 15, 2010

                                          s/Richard H. Kyle
                                          RICHARD H. KYLE
                                          United States District Judge